GLENN ALTON DAWLEY, an Infant, by His Guardian ad Litem, LEROY DAWLEY, Respondent, v. FREDERICK McKIBBIN, Appellant.— Judgment and order affirmed,

with costs. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.